IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

    Plaintiff,

No. CIV S-11-0886 MCE DAD PS

vs.

PAULA & STEVENSON ERICSON
dba WHITEY'S JOLLY KONE, et al.,

ORDER SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

    Defendants.
_____/

    On April 4, 2011, plaintiff, proceeding pro se, filed the above-captioned civil rights complaint and paid the required filing fee. The Clerk of the Court issued a summons as to four defendants. The action has been assigned to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

    Good cause appearing, IT IS ORDERED that:

    1. A Status (Pretrial Scheduling) Conference is set for **Friday, August 5, 2011, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

    2. Within fourteen (14) days after this order is served, plaintiff shall serve a copy of the order on each defendant. Within five (5) days after serving a copy of this order on a

/////

1

defendant, plaintiff shall file with this court a certificate of service indicating the date and manner of service of the order on that defendant;

      3. Any party may appear at the Status (Pretrial Scheduling) Conference telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the Status (Pretrial Scheduling) Conference</u>;

      4. Plaintiff shall file and serve a status report on or before **July 22, 2011,** and defendants shall file and serve status reports on or before **July 29, 2011**.  Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

    j.    Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

/////

        k.       Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

        l.       Any other matters that may aid in the just and expeditious disposition of this action;

5. The pro se plaintiff is informed that failure to file a timely status report or failure to appear at the status conference in person or telephonically may result in a recommendation that this action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183; and

6. Plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of process is not accomplished on the defendant within 120 days after the complaint was filed.

DATED: April 15, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\louie0886.ossc