IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

      Plaintiff,                  No. CIV 2:11-cv-0886-MCE-JFM (PS)

   vs.

ERICSON, *et al.*,

      Defendants.           <u>ORDER</u>

_____/

      This matter, which commenced on April 4, 2011, was initially assigned to Magistrate Judge Dale A. Drozd. On April 26, 2011, defendants Paula and Stevenson Ericson filed a motion to sever or dismiss misjoined defendants. That matter was scheduled to be heard before Judge Drozd. By order dated May 6, 2011, Judge Drozd recused himself, vacated the hearing on defendants' motion to sever and directed defendants to re-notice the motion before the newly assigned magistrate judge. This case was thereafter reassigned to the undersigned. By order dated July 5, 2011, defendants were again directed to re-notice the motion to sever before the undersigned. Defendants have failed to re-notice the motion.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that defendants' April 26, 2011 motion
2  to sever is denied without prejudice.
3  DATED: September 13, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;louie0886.jo(2)