IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

    Plaintiff,   No. 2:11-cv-00886 JAM KJN PS

    v.

PAULA ERICSON d/b/a WHITEY'S
JOLLY KONE, et al.,

    Defendants.   <u>ORDER</u>
_____/

    This case was filed on April 4, 2011.  (Dkt. No. 1.)  On November 8, 2011, United States District Judge John A. Mendez issued a Related Case Order that, in part, reassigned this pro se matter to the undersigned in accordance with Eastern District Local Rule 302(c)(21).  (Dkt. No. 17.)

    A Status (Pretrial Scheduling) Conference was scheduled to take place before the undersigned on April 5, 2012.  (Dkt. No. 18 at 1-2.)  Attorneys for all parties were to file Status Reports not later than seven days before that status conference.  (<u>Id.</u>)

    To date, no party has filed a Status Report in connection with the status conference set for April 5, 2012.  To date, no party has requested that the status conference be continued.  To date, no party has filed the requisite "Consent/Decline To Jurisdiction Of United States Magistrate Judge" form (Dkt. No. 18-1) as required by the undersigned's order of

November 8, 2011.  (Dkt. No. 18.)

    Accordingly, IT IS HEREBY ORDERED that:

    1. Counsel for all parties shall show cause in writing, **on or before April 26, 2012**, why he or she should not be sanctioned for failing to timely file a Status Report in anticipation of the status conference set for April 5, 2012.  All parties are reminded that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E. Dist. Local Rule 110; see also Local Rule 183(a) ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law."); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants.").  Failure to timely comply with this order may result in the imposition of sanctions.

    2. **The April 5, 2012 status conference is hereby VACATED** and **CONTINUED to May 10, 2012, at 10:00 a.m. in Courtroom 25.**  On or before **May 3, 2012**, the parties shall file a Joint Status Report addressing the specific issues listed in the undersigned's order of November 8, 2011 (Dkt. No. 18 at 2-3), the parties' respective "Consent/Decline To Jurisdiction Of United States Magistrate Judge" forms (Dkt. No. 18-1), as well as any other issues the parties deem pertinent.

    IT IS SO ORDERED.

DATED: April 2, 2012

              _____
               KENDALL J. NEWMAN
               UNITED STATES MAGISTRATE JUDGE