IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

        Plaintiff,                No. 2:11-cv-00886 KJN

    v.

PAULA & STEVENSON [*sic*] ERICSON dba WHITEY'S JOLLY KONE,

        Defendants.         <u>ORDER</u>

        On June 11, 2012, real party in interest and Chapter 7 bankruptcy trustee Alan S. Fukushima filed a notice settlement with the court (Dkt. No. 31), which represents that approval of the settlement agreement in the parallel bankruptcy action is anticipated to take 45 days. Accordingly, IT IS HEREBY ORDERED that:

        1.    The parties shall file dispositional documents in this case within 60 days of the date of this order. The parties may jointly seek a reasonable extension of this deadline if necessary.

////

////

////

1

2. All previously scheduled dates and deadlines in this case are vacated.

IT IS SO ORDERED.

DATED: June 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE