IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

        Plaintiff,                No. 2:11-cv-00886 KJN

    v.

PAULA ERICSON d/b/a WHITEY'S
JOLLY KONE, et al.,

        Defendants.        <u>ORDER</u>

        This case was filed on April 4, 2011.  (Dkt. No. 1.)  On November 8, 2011, United States District Judge John A. Mendez issued a Related Case Order that, in part, reassigned this pro se matter to the undersigned in accordance with Eastern District Local Rule 302(c)(21).  (Dkt. No. 17.)  Subsequently, Judge Mendez referred this matter to the undersigned for all purposes, including entry of final judgment.  (Order, Dkt. No. 29.)

        On June 11, 2012, a Notice of Settlement was filed in this case.  (Notice of Settlement, Dkt. No. 31.)  The Notice of Settlement represented that the parties had agreed to a settlement and intended to present their settlement terms to the bankruptcy court for approval.  (<u>Id.</u> at 2.)  Accordingly, the undersigned vacated all dates in this action and ordered the parties to file dispositional documents within 60 days of June 12, 2012.  (Order, Dkt. No. 32.)

////

1       The parties did not file dispositional documents by June 12, 2012. Instead, on July 31, 2012, real party in interest plaintiff Alan S. Fukushima ("Fukushima") filed a "Notice Re: Motion to Compromise." (Dkt. No. 33.) Therein, Fukushima represented that a "Motion to Compromise, which includes the settlement of this pending action, is set to be heard on September 4, 2012" in the bankruptcy court. (Id. at 1.)

      On January 3, 2013, the undersigned ordered the parties to this action to update this court of the status of settlement, including, but not limited to, the bankruptcy court's determination regarding the Motion to Compromise referenced in Fukushima's filing on July 31, 2012. (Order, Dkt. No. 34.) In compliance with the order, Fukushima filed a Stipulation of Dismissal with prejudice signed by counsel for plaintiffs and counsel for Fukushima. (Dkt. No. 35.)

      IT IS HEREBY ORDERED that:

1. Good cause appearing, the Stipulation of Dismissal with prejudice filed on January 23, 2013 (Dkt. No. 35) is hereby approved and is the order of the court.

2. The Clerk of the Court is directed to vacate all future dates and to close this case.

      IT IS SO ORDERED.

DATED: January 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE